**United States District Court**

**District of Maine**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| COURT OPERATIONS UNDER | ) | |
| THE EXIGENT CIRCUMSTANCES | ) | |
| CREATED BY THE COVID-19 | ) | GENERAL ORDER 2021-6 |
| CORONAVIRUS & RELATED | ) | (Amended August 3, 2021) |
| PANDEMIC PRECAUTIONS: | ) | |
| THE USE OF FACE COVERINGS | ) | |
| OR MASKS IN COURT FACILITIES | ) | |

## GENERAL ORDER REGARDING MASKS, COURTHOUSE ENTRY, AND PHYSICAL DISTANCING REQUIREMENTS

This General Order is issued in response to the COVID-19 pandemic in accordance with the *Pandemic/Infectious Disease Plan for the United States District Court for the District of Maine* (March 2020). The Court adopts and incorporates the findings made in its previous General Orders as to the threat to public health and safety presented by the COVID-19 pandemic. In addition, the Court has reconsidered the need for face masks based on advances made in public vaccinations and the most recent guidance issued by the Centers for Disease Control and Prevention (CDC) and the Administrative Office of the Courts.

Accordingly, to protect public health and safety, it is hereby ORDERED:

1. **Applicability.** The following requirements apply to the Edward T. Gignoux Courthouse in Portland, the U.S. Probation and Pretrial Services Offices in Bangor and Portland, the United States Bankruptcy Court in Portland, and the third floor of the Margaret Chase Smith Federal Building in Bangor.

2. **Physical Distancing.** Six-foot physical distancing requirements remain in effect for all persons, whether vaccinated or unvaccinated, in the Courthouse or any court-occupied spaces, unless otherwise directed by a Judge. Minor children are not required to stay apart from an accompanying adult.

3. **Mask Requirements.**

    a. Mask requirements apply to all persons entering the Courthouse or court-occupied spaces.

    b. Individuals who are fully vaccinated are not required to wear a mask in the Courthouse and court-occupied spaces, unless otherwise directed by a Judge, but may wear a mask based on personal preference. However, whenever the Courthouse or court-occupied space is located within a county deemed to be a substantial or high risk area by the CDC's daily "Covid Data Tracker,"[1] individuals who are fully vaccinated must wear a mask or other face covering in all publicly accessible areas of the Courthouse and court-occupied spaces, including court security screening entrances, hallways, courtrooms, conference rooms, and elevators, unless otherwise directed by a Judge. When this requirement is in effect, signage will be posted at the entrance informing the public that all individuals must wear masks.

    c. Individuals who are not fully vaccinated must wear a mask or other face covering in all publicly accessible areas of the Courthouse and court-occupied spaces, including court security screening entrances, hallways, courtrooms, conference rooms, and elevators, unless otherwise directed by a Judge.

    d. For purposes of this Order, a person is considered fully vaccinated 14 days after the completion of the COVID-19 vaccination series. For the Moderna and Pfizer vaccines, this means 14 days after the second shot; for the Johnson & Johnson vaccine, this means 14 days after the single shot.

4. **Entry Restrictions.** Regardless of vaccination status, an individual may not enter the Courthouse or court-occupied spaces if that individual:

    a. Is unwilling to comply with the requirements of this Order;

    b. Has COVID-19 or has been told to presume that the individual has

---

[1] *See* Ctrs. for Disease Control & Prevention, *COVID Data Tracker*, https://covid.cdc.gov/covid-data-tracker/#county-view.

> COVID-19 by a health professional within the last 14 days; or
>
> c. Is experiencing any of the symptoms of COVID-19 or has been in close contact with a person with COVID-19 within the last 14 days.

If you are scheduled or required to appear and you are unable to appear because of the restrictions in this Order, you are directed to contact the appropriate person listed in the Points of Contact in Appendix A of this Order.

5. **Points of Contact.** Members of the public who have questions about the entry requirements or other provisions of this Order are encouraged to contact the points of contact listed in Appendix A to this Order.

6. **Effectiveness; Termination.** This General Order supersedes General Orders 2020-7 and 2020-13, as well as the Court's *Plan for Resuming Trials* (Apr. 13, 2021) and *Protocols Concerning In-Person Court Proceedings During COVID-19 Pandemic* (Apr. 20, 2021). This General Order takes effect at 10 a.m. on August 3, 2021 and shall remain in effect until further Order of the Court.

**SO ORDERED.**

Dated: August 3, 2021

_____/s/ Jon D. Levy_____
**CHIEF U.S. DISTRICT JUDGE**

*Note Regarding August 3, 2021, Amendment:*

General Order 2021-6, originally entered on June 28, 2021, is amended effective August 3, 2021, to align the Court's mask requirements with updated CDC guidance regarding mask-wearing in areas with substantial or high community transmission rates.

**Appendix A – Points of Contact**

- If you are represented by an attorney, **contact your attorney**.

- If you are represented by the **Federal Public Defender**:
    - Portland: (207) 553-7070
    - Bangor: (207) 992-4111

- Anyone having business with the **U.S. Attorney's Office**:
    - Portland: (207) 780-3257
    - Bangor: (207) 945-0373

- Anyone having business with the **U.S. Marshals Service**:
    - Portland: (207) 780-3355
    - Bangor: (207) 945-0416

- If you are scheduled to meet with a **U.S. Probation or Pretrial Services Officer**:
    - Portland: (207) 780-3358
    - Bangor: (207) 945-0369

- If you are a **juror**, or if you have **any other business** with the District Court, an attorney, or a pro se party, please contact the Clerk's Office:
    - Portland: (207) 780-3356
    - Bangor: (207) 945-0575

- If you have business with the **U.S. Bankruptcy Court**, please contact the U.S. Bankruptcy Court Clerk's Office:
    - Portland: (207) 780-3482
    - Bangor: (207) 945-0348