United States District Court

District of Maine

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| COURT OPERATIONS UNDER | ) | |
| THE EXIGENT CIRCUMSTANCES | ) | GENERAL ORDER 2021-02 |
| CREATED BY THE COVID-19 | ) | (Video and Teleconferencing) |
| CORONAVIRUS & RELATED | ) | (Amended, June 8, 2021) |
| PANDEMIC PRECAUTIONS | ) | (Amended, September 3, 2021) |
| | ) | (Amended, December 1, 2021) |

# GENERAL ORDER

This General Order is issued in response to the outbreak of Coronavirus Disease 2019 (COVID-19) in accordance with the *Pandemic/Infectious Disease Plan for the United States District Court for the District of Maine (March 2020).* This General Order reauthorizes the use of videoconferencing and telephone conferencing. The Court hereby adopts and incorporates the findings made in the Court's previous General Orders as to the threat to public health and safety presented by the COVID-19 pandemic.

The national emergency declared in March 2020 regarding the COVID-19 pandemic remains in effect. *See* Continuation of the National Emergency Concerning the Coronavirus Disease 2019 (COVID-19) Pandemic, 86 Fed. Reg. 11599 (Feb. 24, 2021). In accordance with Section 15002(b)(3)(A) of the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. No. 116-136, 134 Stat. 281 (2020), I have again reviewed the need for the continued use of videoconferencing or telephone conferencing, if videoconferencing is not reasonably available, as originally authorized by General Order 2020-4 (Mar. 31, 2020) and subsequently reauthorized by General Order 2020-10 (June 30, 2020) and General Order 2020-14 (Sept. 18, 2020; amended Dec. 14, 2020). I find that the use of videoconferencing or telephone conferencing, if videoconferencing is not reasonably available, continues to be necessary to protect public health and safety.

Accordingly, I hereby reauthorize the use of videoconferencing and telephone conferencing, if videoconferencing is not reasonably available, through March 2, 2022.

**Effectiveness; Termination:** This Amended General Order takes effect at 11:59 p.m. on December 2, 2021 and shall remain in effect until 11:59 p.m. on March 2, 2022.

SO ORDERED.

Dated:  December 1, 2021

                                                                  /s/ Jon D. Levy  
                                             **CHIEF U.S. DISTRICT JUDGE**

*Note Regarding June 8, 2021, Amendment:*

General Order 2021-02, originally entered on March 12, 2021, is amended effective June 8, 2021, to reauthorize the continued use of videoconferencing and telephone conferencing, if videoconferencing is not reasonably available, through September 6, 2021.

*Note Regarding September 3, 2021, Amendment:*

General Order 2021-02, originally entered on March 12, 2021, and subsequently amended on June 8, 2021, is amended effective September 3, 2021, to reauthorize the continued use of videoconferencing and telephone conferencing, if videoconferencing is not reasonably available, through December 2, 2021.

*Note Regarding December 1, 2021, Amendment:*

General Order 2021-02, originally entered on March 12, 2021, and subsequently amended on June 8, 2021 and on September 3, 2021, is amended effective December 2, 2021 to reauthorize the continued use of videoconferencing and telephone conferencing, if videoconferencing is not reasonably available, through March 2, 2022.