## UNITED STATES DISTRICT COURT

### DISTRICT OF MAINE

| | |
|---|---|
| In Re: ) | |
| ) | |
| COURT OPERATIONS UNDER ) | |
| THE EXIGENT CIRCUMSTANCES ) | |
| CREATED BY THE COVID-19 ) | GENERAL ORDER 2021-7 |
| CORONAVIRUS & RELATED ) | (Amended April 20, 2022) |
| PANDEMIC PRECAUTIONS: ) | |
| EMPLOYEE COVID-19 ) | |
| VACCINATION STATUS ) | |

### GENERAL ORDER REGARDING COURT EMPLOYEE COVID-19 VACCINATION STATUS

This General Order is issued in response to the COVID-19 pandemic in accordance with the *Pandemic/Infectious Disease Plan for the United States District Court for the District of Maine* (March 2020). The Court adopts and incorporates the findings made in its previous General Orders as to the threat to public health and safety presented by the COVID-19 pandemic. In addition, the Court has considered the most recent guidance issued by the Centers for Disease Control and Prevention (CDC) and the Administrative Office of the United States Courts.

Accordingly, to protect public health and safety, it is hereby ORDERED:

1. **Applicability.** The following requirements apply to all employees of the U.S. District Court, the U.S. Probation and Pretrial Services, and the U.S. Bankruptcy Court, including judges and their chambers staff, and interns and externs providing gratuitous service to the District.

2. **Confirmation of Vaccination Status**. Employees are required to confirm in the manner directed by the appropriate Court Unit Executive that they have been fully vaccinated against COVID-19. New employees must provide this confirmation to the appropriate Court Unit Executive before they begin employment. A person is considered fully vaccinated two weeks after their second dose in a two-dose series, such as the Pfizer or Moderna vaccines, or two weeks after a single-dose vaccine, such as Johnson & Johnson's Janssen vaccine.

3. **Limited Exemptions.** Employees may apply to the Chief Judge or his designee for an exemption from this mandatory vaccination policy on the basis of: (1) a documented medical contraindication indicating that immunization would be medically inadvisable; or (2) a statement that the employees sincerely held religious beliefs are contrary to the COVID-19 vaccination requirement. In the event that an exemption is granted, alternative safety measures, such as, but not limited to, masking, social distancing, and testing may be required at the discretion of the Chief Judge or his designee.

4. **Confidentiality**. Confirmation of vaccination status received pursuant to this Order will be used to assess proper mitigation measures against COVID-19, for contact tracing purposes and to develop policies regarding vaccination requirements and will otherwise be kept confidential.

5. **Effectiveness; Termination.** This General Order takes effect immediately and shall remain in effect until further Order of the Court.

**SO ORDERED.**

Dated:  April 20, 2022

                                                          /s/ Nancy Torresen
                                                          **U.S. DISTRICT JUDGE**

*Note Regarding April 20, 2022 Amendment:*

General Order 2021-7, originally entered on November 29, 2021, is amended effective April 20, 2022, to provide limited exemptions to the vaccination requirement on the basis of a medical necessity or sincerely held religious belief.